UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

TRACI MATUSCHEK, as Next Friend
for her minor child, ZB,

Case No. 20-cv-10624
Hon. Sean F. Cox

Plaintiff,

v.

WARREN CONSOLIDATED SCHOOLS,

Defendant.
_____/

| ERIC STEMPIEN (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Rd., Suite 130<br>Livonia, MI 48152<br>(734)744-7002<br>eric@stempien.com | TIMOTHY J. MULLINS (P28021)<br>KENNETH B. CHAPIE (P66148)<br>GIARMARCO, MULLINS & HORTON, PC<br>Attorneys for Defendant<br>101 W. Big Beaver Road, 10th Floor<br>Troy, MI 48084-5280<br>(248) 457-7020; Fax (248) 457-7001<br>tmullins@gmhlaw.com<br>kchapie@gmhlaw.com |
|---|---|

_____/

**ORDER APPROVING SETTLEMENT ON BEHALF OF MINOR PLAINTIFF AND DISMISSING CASE WITH PREJUDICE**

This matter having come before the Court on Plaintiff's Motion to Approve Settlement, the Court having reviewed the filings in this matter, the parties agreeing to a revision of the settlement agreement, the Court having heard sworn testimony from the Plaintiff and the Next Friend and the Court being otherwise fully advised in the premises;

1

IT IS HEREBY ORDERED that the settlement reached by the parties in this matter, including the revision to the settlement agreement, be and hereby is approved on behalf of the minor Plaintiff;

IT IS FURTHER ORDERED that the settlement payment breakdown that was placed on the record be and hereby is approved;

IT IS FURTHER ORDERED that the funds for the minor child shall be held in trust in the Stempien Law, PLLC Client Trust Account until such time as the minor Plaintiff reaches the age of eighteen (18) years, which shall occur on May 18, 2022.

IT IS FURTHER ORDRED that this case be and hereby is dismissed with prejudice and without costs to any party.

The Court shall retain jurisdiction to enforce and/or interpret the settlement terms that were placed on the record in this matter.

Dated: January 24, 2022          s/Sean F. Cox
                                                            Sean F. Cox
                                                            U. S. District Judge

Approved for entry:

*/s/ Eric Stempien*                        */s/ Ken B. Chapie*
Eric Stempien (P58703)               Ken B. Chapie (P66148)
Attorney for Plaintiff                   Attorney for Defendant